

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00188-CV

**IN THE MATTER OF M.A.A.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2020JUV00725
Honorable Lisa Jarrett, Judge Presiding

## O R D E R

Appellant's brief was originally due by June 15, 2022 and was not filed. On June 22, 2022, this court notified appellant's attorney, Patrick B. Montgomery, of the deficiency by letter. In our letter, we instructed Mr. Montgomery to file a written response stating a reasonable explanation for the delay within ten days. Our letter stated that if we did not receive an adequate response, we would abate this appeal to the trial court for an abandonment hearing and may initiate contempt proceedings. *See* TEX. R. APP. P. 38.8(b)(2), (b)(4). As of the date of this order, we have not received the brief, a motion for extension of time to file the brief, or the response required by our June 22 letter.

We therefore **ORDER** Patrick B. Montgomery to file appellant's brief **by July 18, 2022**. If neither the brief nor an extension of time to file the brief is filed by the date ordered, we will abate this appeal to the trial court for an abandonment hearing without further notice, and the trial court will be asked to consider whether sanctions are appropriate. *See id.*

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court